EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s) |
|---|---|---|
| ...cted by the Privacy Act of 1974. See enclosed Privacy Act ...nt and other information before completing this form | ☐ FEPA | |
| | ☒ EEOC | 440-2018-0371 |

| Illinois Department of Human Rights | | and EEOC |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(incl. Area Code)* | Date of Birth |
|---|---|---|
| Alaina Hampton | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| Friends of Michael J. Madigan | Est. 100+ | 217-793-2301 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1201 South Veterans Parkway, Suite C, Springfield, IL 62704 | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **Aug. 2016-**   Latest: **Jan. 2018**

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*

Within the past 300 days, respondent has been discriminated against in retaliation (failure to hire) for reporting/complaining of sexual harassment/sexually hostile work environment

*See* Exhibit A, attached hereto and incorporated herein by reference.

RECEIVED EEOC

FEB 1 6 2018

CHICAGO DISTRICT OFFICE

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2/15/18 | |
| 2/15/2018 *Alaina Hampton* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |
| Date          Charging Party Signature | |

EEOC Form 5 (11/09)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To | Agency(ies) Charge No(s) |
|---|---|
| ☐ FEPA | 440-2018-03116 |
| ☒ EEOC | |

| Illinois Department of Human Rights | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Alaina Hampton** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe
Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Democratic Party of Illinois a/k/a Democratic Majority** | Est. 100+ | 217-546-7404 |

| Street Address | City, State and ZIP Code |
|---|---|
| **P.O. Box 518, Springfield, IL 62705** | |

| | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Springfield, IL 62704** | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Aug. 2016-  Latest: Jan. 2018

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

Within the past 300 days, respondent has been discriminated against in retaliation (failure to hire) for
reporting/complaining of sexual harassment/sexually hostile work environment.

*See* Exhibit A, attached hereto and incorporated herein by reference.

**RECEIVED EEOC**

FEB 1 6 2018

**CHICAGO DISTRICT OFFICE**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 2/15/18 | |
| 2/15/2018     *Alaina Hampton* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date     Charging Party Signature | |

RECYCLED PAPER MADE FROM 20% POST CONSUMER CONTENT



# Exhibit A

**Exhibit A**

Alaina Hampton v. Democratic Party of Illinois/Democratic Majority and
Friends of Michael J. Madigan

EEOC Charge No. _____

<u>Background Information:</u>

I worked for the Democratic Party of Illinois/Democratic Majority ("Democratic Party")
for approximately five years.[1] I was first hired in or around August, 2012, after I graduated from
college with a degree in political science, as a field organizer. As a field organizer, I first worked
on Sue Scherer's successful campaign for Illinois State Representative for the 96th District.
Thereafter, I was assigned to work on Kathleen Willis' campaign for State Representative for the
77th District. My regional supervisor was 13th Ward Alderman Marty Quinn ("Alderman Quinn"),
who became my mentor.

Shortly thereafter, the Democratic Party asked me to work on Illinois House Speaker
Michael J. Madigan's ("Speaker Madigan") legislative staff, which I did from March 2013 through
April 2014.[2] I worked out of Representative Silvana Tabares' 21st District Office on the southwest
side of Chicago. Again, my supervisor was Alderman Quinn. While working with the legislative
staff, I also spent time working for a democratic candidate on a campaign in Champaign, Illinois.

In or around September 2014, I volunteered on Sam Yingling's campaign for Illinois State
Representative for the 62nd District. Shortly thereafter, Shaw Decremer, who formerly worked on
Speaker Madigan's staff and is now a lobbyist who volunteers on Speaker Madigan's campaigns,
asked me to manage Alderman Deb Mell's campaign, which I did, successfully, from December,
2014 through March, 2015.

In or around November, 2015, Shaw Decremer and Alderman Quinn asked me to manage
Juliana Stratton's campaign against incumbent State Representative Ken Dunkin. I managed Ms.
Stratton's successful campaign from approximately December, 2015 through March, 2016. The
campaign was very high profile because Speaker Madigan wanted the incumbent, Ken Dunkin,
out of office. It ended up becoming a $5 million campaign.

---

[1] Throughout the time I was employed by the Democratic Party of Illinois/Democratic Majority, my salary
was paid by the Democratic Majority and Friends of Michael J. Madigan. A copy of sample W2s are
attached hereto as Exhibit B.

[2] Speaker Madigan is the Chairman of the Democratic Party of Illinois, Friends of Michael J. Madigan and
the 13th Ward Democratic Organization.

Hampton v. Democratic Party of Illinois et al.
Page 2 of 3

Sexual Harassment and Retaliation (Failure to Hire):

After Juliana Stratton won the election, Alderman Quinn and Speaker Madigan[3] informed me that they wanted me to become a more permanent member of the Democratic Party organization and therefore arranged for me to work at Chicago Heights Economic Development Corporation ("Chicago Heights"). Despite working full time for Chicago Heights, I was also expected to work for the Democratic Party, which I did from approximately July, 2016 through April, 2017.

During this time, I was working on three separate democratic campaigns. My direct supervisor was Kevin Quinn, Alderman Quinn's brother, who worked directly for Speaker Madigan.[4] Alderman Quinn also served as my supervisor. Kevin Quinn, however, was responsible for directing me, on a daily basis, to any one of the three campaigns I was working on.

Beginning in or around August, 2016, Kevin Quinn, began pursing me romantically despite being my supervisor, 15 years my senior, and married with children. From approximately August, 2016 through February, 2017, Kevin Quinn called me repeatedly, late at night, and sent me dozens of text messages asking me out, telling me I was hot and urging me to go out with him. These inappropriate, uncomfortable and unwelcomed text messages of a romantic nature continued on a regular basis despite the fact that I informed him, repeatedly, that I wanted to keep our relationship strictly professional and that I did not want to be involved with him. A sample of these text messages are attached hereto as Exhibit C and incorporated herein by reference. Despite my repeated statements that I only wished to maintain a professional relationship, he would not take no for an answer.

My first instinct was not to complain about what was happening to me. I was afraid that by complaining I would hurt my mentor and supervisor, Alderman Quinn, who is Kevin Quinn's brother. But after living in fear for so many months and experiencing crippling anxiety with every text and phone call I received, I knew I had to do something to protect myself. My anxiety got so bad that I oftentimes had to leave work early. Kevin's conduct was making it impossible for me to do my job. So, finally, in mid-February, 2017, I went to Alderman Quinn to seek help. It was my last option. My loyalty and admiration for Alderman Quinn was unmatched. I did not want to tell him about the sexual harassment because I knew it would hurt him to know who was doing it to me, but I was suffering alone and could not deal with it anymore.

But Alderman Quinn offered no real solution. He informed me that I could "block" Kevin on my phone and that I would no longer have to report to Kevin directly. However, Alderman Quinn stated that he wanted my next assignment within the Democratic Party to be working as a precinct officer. Working as a precinct officer, however, would require me to report directly to

---

[3] Alderman Quinn and Speaker Madigan share office space for their respective ward and district offices.

[4] According to online public filings and/or records, Kevin Quinn's salary, during the relevant time period, was paid by Friends of Michael J. Madigan. Alderman Quinn also received a salary from Friends of Michael J. Madigan.

Hampton v. Democratic Party of Illinois et al.
Page 3 of 3

Kevin Quinn, the very man who was harassing me. As such, I told Alderman Quinn that I needed a few months to think about it. In or around April, 2017, since there was no way I could go back to working with Kevin Quinn, I told Alderman Quinn that I was accepting a job running a congressional campaign, which the Democratic Party was not involved. Alderman Quinn was very upset with my decision.

On or about November 1, 2017, I wrote a letter to Speaker Madigan to explain the circumstances surrounding my departure from the Democratic Party as I did not believe Alderman Quinn had informed Speaker Madigan of what had transpired. A copy of the letter is attached hereto as Exhibit D and incorporated herein by reference. I did not want the Speaker to think I had just abandoned my job for no reason. However, when I finally had the courage to report the events that had transpired directly to the head of the Democratic Party, in hopes of returning to work on upcoming campaigns in my former role, I was contacted by Speaker Madigan's Chief Counsel, Heather Wier Vaught, who minimized the sexual harassment I experienced and falsely told me that the party was not getting involved in a specific campaign for which I was well suited to provide assistance and wanted to work on. After that, I was repeatedly ignored by Ms. Vaught.[5] As such, in or around January, 2018, I contacted Alderman Quinn directly regarding other opportunities to work on upcoming campaigns as I had so successfully done in the past. Alderman Quinn did not respond. Instead, immediately upon reaching out to Alderman Quinn, I received a call from Ms. Vaught, and she once again dismissed me.

In the end, I was forced out of a career that I loved and had worked so hard for simply because I ultimately found the courage and strength to come forward and report the unlawful sexual harassment that I endured at the hands of my supervisor, Kevin Quinn. Despite my complaints, Kevin Quinn was not dismissed or otherwise reprimanded for his conduct, and continued to work in a supervisory capacity for the Democratic Party/Friends of Michael J. Madigan. As I was preparing to file this charge, on February 12, 2018, the Democratic Party issued a statement stating that they were firing Kevin Quinn, more than one year after I first complained of this harassment.

---

[5] A copy of text message communications with Attorney Vaught is attached hereto as Exhibit E.

# Exhibit B

**ADP**

## 2016 W-2 and EARNINGS SUMMARY

### EXHIBIT B

**Employee Reference Copy**

# W-2 Wage and Tax Statement 2016
Copy D for employee's records. OMB No. 1545-0008

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000354 RM/301 | | | 41 |

e Employer's name, address, and ZIP code
DEMOCRATIC MAJORITY
1201 S VETERANS PARKWAY
SPRINGFIELD, IL 62704

Batch #94657

e/f Employee's name, address and ZIP code
ALAINA HAMPTON

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 27-4393152 | |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 3535.98 | 512.23 |
| 3 Social security wages | 4 Social security tax withheld |
| 3535.98 | 219.23 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3535.98 | 51.27 |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 27-4393152 000 | 3535.98 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 132.60 | | |
| 19 Local income tax | | 20 Locality name |

---

**2016 W-2 and EARNINGS SUMMARY**

This blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.

**1. The following information reflects your final 2016 pay stub plus any adjustments submitted by your employer.**

| | | | | |
|---|---|---|---|---|
| Gross Pay | 3535.98 | Social Security Tax Withheld Box 4 of W-2 | 219.23 | IL. State Income Tax Box 17 of W-2 | 132.60 |
| | | | | SUI/SDI Box 14 of W-2 |
| Fed. Income Tax Withheld Box 2 of W-2 | 512.23 | Medicare Tax Withheld Box 6 of W-2 | 51.27 | |

**2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.**

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL. State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 3,535.98 | 3,535.98 | 3,535.98 | 3,535.98 |
| Reported W-2 Wages | 3,535.98 | 3,535.98 | 3,535.98 | 3,535.98 |

**3. Employee W-4 Profile.** To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

ALAINA HAMPTON

Social Security Number
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2016 ADP, LLC

4" Fold and Detach Here →

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 3535.98 | 512.23 |
| 3 Social security wages | 4 Social security tax withheld |
| 3535.98 | 219.23 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3535.98 | 51.27 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000354 RM/301 | | | 41 |

e Employer's name, address, and ZIP code
DEMOCRATIC MAJORITY
1201 S VETERANS PARKWAY
SPRINGFIELD, IL 62704

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 27-4393152 | |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ALAINA HAMPTON

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 27-4393152 000 | 3535.98 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 132.60 | | |
| 19 Local income tax | | 20 Locality name |

# W-2 Wage and Tax Statement 2016
**Federal Filing Copy**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 3535.98 | 512.23 |
| 3 Social security wages | 4 Social security tax withheld |
| 3535.98 | 219.23 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3535.98 | 51.27 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000354 RM/301 | | | 41 |

e Employer's name, address, and ZIP code
DEMOCRATIC MAJORITY
1201 S VETERANS PARKWAY
SPRINGFIELD, IL 62704

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 27-4393152 | |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ALAINA HAMPTON

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 27-4393152 000 | 3535.98 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 132.60 | | |
| 19 Local income tax | | 20 Locality name |

# W-2 Wage and Tax Statement 2016
**IL State Reference Copy**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 3535.98 | 512.23 |
| 3 Social security wages | 4 Social security tax withheld |
| 3535.98 | 219.23 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 3535.98 | 51.27 |

| d Control number | Dept. | Corp. | Employer use only |
|---|---|---|---|
| 000354 RM/301 | | | 41 |

e Employer's name, address, and ZIP code
DEMOCRATIC MAJORITY
1201 S VETERANS PARKWAY
SPRINGFIELD, IL 62704

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 27-4393152 | |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp Ret. plan 3rd party sick pay |

e/f Employee's name, address and ZIP code
ALAINA HAMPTON

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 27-4393152 000 | 3535.98 |
| 17 State income tax | | 18 Local wages, tips, etc. |
| 132.60 | | |
| 19 Local income tax | | 20 Locality name |

# W-2 Wage and Tax Statement 2016
**IL State Filing Copy**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

# EXHIBIT B

ADP®

## 2016 W-2 and EARNINGS SUMMARY

**The blue Earnings Summary section is included with your W-2 to help describe portions in more detail. The reverse side includes general information that you may also find helpful.**

**Employee Reference Copy**

**W-2 Wage and Tax Statement 2016**
OMB No. 1545-0008

d Control number | Dept. | Corp. | Employer use only
000045 RM/XEL | | | 32

**e Employee's name, address, and ZIP code**
FRIENDS OF MICHAEL
MADIGAN
1201 S VETRANS PARKWAY STE C
SPRING FIELD, IL 62704

Batch #94599

**e/f Employee's name, address, and ZIP code**
ALAINA M HAMPTON

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 36-3418024 | |
| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
| 750.00 | 79.11 |
| 3 Social security wages | 4 Social security tax withheld |
| 750.00 | 46.50 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 750.00 | 10.88 |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp./Ret. plan/3rd party sick pay |

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 36-3418024 000 | 750.00 |
| 17 State income tax | | |
| 28.13 | | |
| 18 Local wages, tips, etc. | | |
| 19 Local income tax | 20 Locality name | |

1. The following information reflects your final 2016 pay stub plus any adjustments submitted by your employer.

| | | | | |
|---|---|---|---|---|
| Gross Pay | 750.00 | Social Security Tax Withheld Box 4 of W-2 | 46.50 | IL State Income Tax Box 17 of W-2 | 28.13 |
| | | | | SUI/SDI Box 14 of W-2 | |
| Fed. Income Tax Withheld Box 2 of W-2 | 79.11 | Medicare Tax Withheld Box 6 of W-2 | 10.88 | | |

2. Your Gross Pay was adjusted as follows to produce your W-2 Statement.

| | Wages, Tips, other Compensation Box 1 of W-2 | Social Security Wages Box 3 of W-2 | Medicare Wages Box 5 of W-2 | IL State Wages, Tips, Etc. Box 16 of W-2 |
|---|---|---|---|---|
| Gross Pay | 750.00 | 750.00 | 750.00 | 750.00 |
| Reported W-2 Wages | 750.00 | 750.00 | 750.00 | 750.00 |

3. Employee W-4 Profile. To change your Employee W-4 Profile information, file a new W-4 with your payroll dept.

ALAINA M HAMPTON

Social Security Number:
Taxable Marital Status: SINGLE
Exemptions/Allowances:
FEDERAL: 0
STATE: 0

© 2016 ADP, LLC

← Fold and Detach Here →

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 750.00 | 79.11 |
| 3 Social security wages | 4 Social security tax withheld |
| 750.00 | 46.50 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 750.00 | 10.88 |
| d Control number Dept. Corp. | Employer use only |
| 000045 RM/XEL | 32 |

**e Employer's name, address, and ZIP code**
FRIENDS OF MICHAEL
MADIGAN
1201 S VETRANS PARKWAY STE C
SPRING FIELD, IL 62704

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 36-3418024 | |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a See instructions for box 12 |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp./Ret. plan/3rd party sick pay |

**e/f Employee's name, address, and ZIP code**
ALAINA M HAMPTON

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 36-3418024 000 | 750.00 |
| 17 State income tax | | |
| 28.13 | | |
| 18 Local wages, tips, etc. | | |
| 19 Local income tax | 20 Locality name | |

**Federal Filing Copy**
**W-2 Wage and Tax Statement 2016**
OMB No. 1545-0008
Copy B to be filed with employee's Federal Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 750.00 | 79.11 |
| 3 Social security wages | 4 Social security tax withheld |
| 750.00 | 46.50 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 750.00 | 10.88 |
| d Control number Dept. Corp. | Employer use only |
| 000045 RM/XEL | 32 |

**e Employer's name, address, and ZIP code**
FRIENDS OF MICHAEL
MADIGAN
1201 S VETRANS PARKWAY STE C
SPRING FIELD, IL 62704

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 36-3418024 | |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp./Ret. plan/3rd party sick pay |

**e/f Employee's name, address, and ZIP code**
ALAINA M HAMPTON

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 36-3418024 000 | 750.00 |
| 17 State income tax | | |
| 28.13 | | |
| 18 Local wages, tips, etc. | | |
| 19 Local income tax | 20 Locality name | |

**IL State Reference Copy**
**W-2 Wage and Tax Statement 2016**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

---

| 1 Wages, tips, other comp. | 2 Federal income tax withheld |
|---|---|
| 750.00 | 79.11 |
| 3 Social security wages | 4 Social security tax withheld |
| 750.00 | 46.50 |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 750.00 | 10.88 |
| d Control number Dept. Corp. | Employer use only |
| 000045 RM/XEL | 32 |

**e Employer's name, address, and ZIP code**
FRIENDS OF MICHAEL
MADIGAN
1201 S VETRANS PARKWAY STE C
SPRING FIELD, IL 62704

| b Employer's FED ID number | a Employee's SSA number |
|---|---|
| 36-3418024 | |
| 7 Social security tips | 8 Allocated tips |
| Verification Code | 10 Dependent care benefits |
| 11 Nonqualified plans | 12a |
| 14 Other | 12b |
| | 12c |
| | 12d |
| | 13 Stat emp./Ret. plan/3rd party sick pay |

**e/f Employee's name, address, and ZIP code**
ALAINA M HAMPTON

| 15 State | Employer's state ID no. | 16 State wages, tips, etc. |
|---|---|---|
| IL | 36-3418024 000 | 750.00 |
| 17 State income tax | | |
| 28.13 | | |
| 18 Local wages, tips, etc. | | |
| 19 Local income tax | 20 Locality name | |

**IL State Filing Copy**
**W-2 Wage and Tax Statement 2016**
OMB No. 1545-0008
Copy 2 to be filed with employee's State Income Tax Return.

# Exhibit C



●○○○○ AT&T 📶     22:05     @ 90% 🔋

**EXHIBIT C**

‹ Messages     **Kevin**     Details

Yes. So be ready for a good time

> Always!

Great. Can't wait!

Fyi. I am separated from my wife.

> Now I know that is a joke

No joke

Why do u not believe me

I will explain to you tomorrow. Please keep this to yourself.

Thank you.

Please respond

> You have nothing to worry about, I won't tell anyone

                                    **Send**

EXHIBIT C



**‹ Messages**   **Kevin**   **Details**

Should be interesting

Oh yeah, so cloonens opponent, who is an attorney, represented a sex offender, so we are beating the hell out of her

> That's great. I had pretty good responses at the door for cloonen. She has great name ID

Yes she does. She walks a ton. Did a lot of people say they met her?

> Yes, nearly every person I talked to said that they had

Thats awesome.

Let me know if I am keeping you up

> I am going to sleep now

   **Send**

EXHIBIT C

•○○○○ AT&T  📶  🔋 90%▯

❮ Messages          Kevin          Details

Okay. See you tomorrow

Are you not interested in me?

My apologies. Have a good night.

**Mon, Aug 29, 09:05**

Can we reschedule that beer?

> Of course

Very good

**Mon, Aug 29, 21:27**

Did you make the party?



Sorry. I didn't not see you

Have a good night.

                                    Send

EXHIBIT C

●oooo AT&T 📶 ⬤                                    22:06                    ⬤ 🔋 90%▮

**‹ Messages**                    **Kevin**                    **Details**

Have a good night

> Thank you, you too

Tue, Aug 30, 09:03

Alaina, the weather forecast for
the Kankakee/bourbonnais area
today is heavy rain. So we are
canceling our door to door
program today. Is there another
day this week that works for
you?

Tue, Aug 30, 11:22

> I won't be able to take off of
> work any other day this week
> but I'm happy to next week

 If you were to canvass today
what time would you leave to go
to bourbonnais?

> By 2

Okay. Let me recheck the

                                    **Send**

EXHIBIT C

‹ **Messages**　　　**Kevin**　　　　**Details**

Okay. Let me recheck the weather. Is it raining in the heights?

Yeah it has been off and on

Tue, Aug 30, 14:25

kate cloonens office:

1511 north convent street, suite 500, bourbonnais 60914.

Tiffany is the contact person. 773.398.3784.

Got it, thanks

Tue, Aug 30, 22:21

Rain hold off in the cloonen area?

Tue, Aug 30, 23:34

Good night

　　　　　　　　**Send**

EXHIBIT C

● ○○○○ AT&T 🛜 ▬   **22:06**   ▬ ⬤ 89% ▬▬

‹ Messages     **Kevin**     Details

Alaina, are you available to canvass for marwig this weekend?

Fri, Sep 2, 22:09

I didn't tell you congrats on your niece or nephew!

Thanks!

Good for you and your family

And I want to apologize for texting you. I realize that I completely blind sided you and will stop.

It's okay

Thank you

Sat, Sep 3, 19:05



Juliana Stratton is going to come in on Tuesday 9/6 to make calls

      ⎸ **Send**

Case: 1:18-cv-02069 Document #: 1-1 Filed: 03/21/18 Page 20 of 98 PageID #:32

Great. Good work

**Tue, Sep 6, 22:18**

Alaina, you know just to go to the marwig campaign office tomorrow after work?

Yep, that's the plan

Sweet. And you will canvass in a pct in the city

Sounds good

Thanks. We r going to be polling next week so want to have as many contacts as possible

Alright, good to know

Yes. Many similarities between Mcauliffe and skip saviano

I know, I love it

                                            **Send**



EXHIBIT C

‹ Messages   **Kevin**   Details

**Good night. Let me know how the canvassing go tomorrow**

Thu, Sep 8, 11:36

Canvassing went pretty well. 4 minuses though

Name ID is pretty good

**What pct did you canvass?**

W41-P1

**How many supporters?**

7 plus 8 zeros

**Did the zeroes know merry?**

2 didn't

1 lady liked merry a lot but she thinks merry is in with MJM

Honestly any issue I ran into was



Send



EXHIBIT C

< Messages          Kevin          Details

Honestly any issue I ran into was directly related to Mcauliffes mail tying MJM to Merry

**Are they adamant about not supporting merry or do you think they can be persuaded?**

I think the zeros can be persuaded but I think it will require Merry talking to them personally probably 2 more times before the election. It's early still and I know McAuliffe will continue to tell people she is with MJM. That hurts her there a lot.

People like Merry when they meet her. I think she can persuade most people, they're just getting confused with Mcauliffes mail.

**Thank you for the info**





Send

Case: 1:18-cv-02060 Document #: 1-1 Filed: 03/21/18 Page 23 of 98 PageID #:35

No problem

**Thu, Sep 8, 22:49**

Alaina, would you happen to remember the 4 marwig minuses party affiliation on the walk sheet?

I believe 3 of 4 were republican and 1 didn't have data

Okay that's good to know.

Did you get a chance to look at the paperwork I sent you to fill out?

Yeah. I just don't have a printer to use unless I come to the ward office because my office is being renovated still.

I'll have to come by

Okay. You dont want to print it

  **Send**

EXHIBIT C

•○○○ AT&T 🛜

⟨ **Messages**          **Kevin**          **Details**

Okay. You dont want to print it there anyway. It's to pay you for doing politics

Okay

Like when you went to cloonen to campaign

Right, I hope I can manage to take a few more days off to do that again. Wherever I'm needed, assuming Marwig

Half days are great. Door to door is what separates us from the reps

Thanks for letting me check in. Much appreciated.

Yep, no problem

If you want to ask me any questions, please do.

Send

EXHIBIT C

●●○○○ AT&T 🔋  22:10  @ 89% 🔋

‹ Messages    **Kevin**    Details

> I won't hesitate if I have any

**Good. Could I ask you a question?**

> Sure

**So on your Facebook page I think, there is a picture of you in a bikini.**

> Yeah I was in Italy. That's right after I quit staff

**Wow!**

**Do you have any idea what I am going to say?**

> I really don't

**You are smoking hot!**

> Lol thank you

    **Send**

EXHIBIT C

‹ Messages     **Kevin**     Details

No bullshit.

I appreciate it

**Fri, Sep 9, 08:51**

Sorry I fell asleep last night

**Fri, Sep 9, 11:34**

My phone has been acting up.
Not sure if you Sent anymore
texts the last one I received was
"I appreciate it" from last night.

No I fell asleep too. It was a late
night for me because I was
working at the bar

**Fri, Sep 9, 19:19**

Did Juliana make phone calls on
Tuesday?

She did

Ok good

 Send

EXHIBIT C

●●ᴏᴏᴏ AT&T 📶 ⬤   **22:11**   ⬤ 🔄 89% 🔋

< Messages (1)    **Kevin**      Details

**She called for a couple of hours**

Awesome

I'll get her in there a few more times

**Great. It's a good use of her time**

Sat, Sep 10, 21:48

**Did you canvass for marwig today?**

Yes

**How was it**

It went well. I only had about 30 houses left in my precinct, 4 plus and 7 zeros. Then I went to 41-1, 13 plus, 3 minus, 6 zeros

No one mentioned MJM today or the new negative commercial that McAuliffe aired today



**Send**



EXHIBIT C

‹ **Messages** (1)  Kevin  Details

No one mentioned MJM today or the new negative commercial that McAuliffe aired today

**That's good. Did you see the commercial**

No I haven't seen it

**Sun, Sep 11, 10:08**

**Alaina, can you canvass for cloonen on wednesday?**

**Sun, Sep 11, 18:04**

Yes I can

**Great . I will let Tiffany know**

Sounds good

**Thank you**

**Sun, Sep 11, 20:56**

**Alaina, do you like knocking on**



**Send**

EXHIBIT C

●●○○○ AT&T 🛜 ◉   22:11   ◉ @ 89% ▬▬▯

‹ **Messages (1)**   **Kevin**   **Details**

Alaina, do you like knocking on doors, talking to random people and try to persuade them to vote for our candidate?

> I like doing what I have to do for the speaker

> Talking to people I don't know doesn't come naturally to me, believe it or not, I can be very shy. But I know knocking on doors is the key to winning elections

Really?

You don't come off as being non social

> Yup, it has been a work in progress. I saw a counselor as a kid because I wouldn't talk to anyone but my family. I credit being a server and working in politics for my ability to step outside of my comfort zone

   **Send**



**Messages (1)**  Kevin  Details

Really?

I have been deemed an introvert by professionals

Are you working at the bar tonight?

> No but I did all day

Mon, Sep 12, 22:33

Saw the Mcauliffe ad.

Wed, Sep 14, 09:20

Cloonen today?

> Yes

Thanks

Thu, Sep 15, 09:45

> https://
> www.michaelmadigan.com



**Send**



**‹ Messages (1)**     Kevin     Details

Have you guys seen this?

Oh yeah. More propoganda.

**Thu, Sep 15,** 12:36

Jason Gonzales is just looking for his 5 seconds of fame again

The video loses all credibility by including that goof

No kidding

The Republicans have all the gimmicks and other bullshit. At the end of the day, they are out worked

**Fri, Sep 16,** 00:34

R u working?

**Fri, Sep 16,** 09:46

Sorry for the late text



Send

EXHIBIT C

●●●○○ AT&T 📶     22:11     @ 89% ▮▮

**‹** Messages (1)    **Kevin**     **Details**

---

**Fri, Sep 16, 11:23**

It's ok

**Sat, Sep 17, 22:28**

Alaina, just a reminder, if you can please fill that paperwork out. So we can get you paid $

**Sun, Sep 18, 08:15**

Ok thanks, I'll get it to you this week

**Sun, Sep 18, 09:21**

Thank you. Can you canvass this Wednesday for cloonen?

Yep I can

Thank you

Thank you

**Sun, Sep 18, 11:42**



Send

EXHIBIT C

**❮ Messages (1)    Kevin    Details**

**Sun, Sep 18, 11:42**

Is there any chance that there are tickets available for the Cubs/Cardinals game next Sunday night?

Yes. 2 tickets. Should I put your name down?

If that's okay, I'd love to see my cardinals play

Yes. The Speakers tickets are used by people who do good work

Thank you, I appreciate it!

Keep up the good work

Keep up the good work

**Sun, Sep 18, 17:05**

I have to work late on Wednesday. Could I go to Kankakee on Tuesday instead?

 Send

Case: 1:18-cv-02069 Document #: 1-1 Filed: 03/21/18 Page 34 of 98 PageID #:46

EXHIBIT C

**Sun, Sep 18, 17:05**

> I have to work late on Wednesday. Could I go to Kankakee on Tuesday instead? I'll be able to get off earlier and spend more time at the doors

> I can try to move stuff around if it has to be Wednesday, just let me know

**Sure. How many contacts did you make last wednesday?**

> I believe 32

**Thats pretty good. And as the day goes on are more people home?**

> Yeah, I felt like I made a lot of contacts that day. There were a lot of families outside because it was nice

> People out there get home from



People out there get home from work around 5 so it's easy to see more people

**Good. How was the results for cloonen?**

Pretty good, I had a high amount of minuses but it was mostly from republicans that can't be swayed. Other than that I think most undecideds will go in our favor

People like her

**That's good.**

I will bring in my paper work this week when I pick up the baseball tickets

**Alright. cardinals are on life support fighting for the wild card**

 

EXHIBIT C

**‹ Messages (1)**    **Kevin**    **Details**

I know, I have hope. I'm not used to the Cubs being better than the cards

Everyone loves to give me a hard time for it

Cub fans suck.

Have not won anything yet.

Let's hope it stays that way

Ha ha. Could be. Nothing is guaranteed.

Sun, Sep 18, 21:49

You cardinals can have jason heyward back ....

He's a traitor

He's overrated and is expendable

I agree

**Send**

EXHIBIT C

‹ **Messages (1)**     **Kevin**                **Details**

Yes. Can I ask you a question?

Sure

Do you have a boyfriend?

I don't

I am suprised

That's a compliment

Tue, Sep 20, 00:19

I forgot to ask. How did the canvass go for marwig this past weekend?

Tue, Sep 20, 11:46

Hey not sure if you got my note about marwig and your campaigning for cloonen today? Thank you

Everything went well and I will be canvassing for cloonen this



Send

●●○○○ AT&T 🛜     EXHIBIT C     🔒 88% ▰

< **Messages (1)**     **Kevin**     **Details**

> Everything went well and I will be canvassing for cloonen this afternoon/evening

> I feel pretty good about Marwig's race, do you?

**I think we are getting there with marwig. Are you still working in park ridge?**

> Yeah and 41st ward sometimes

**Thu, Sep 22, 11:12**

**Can you send j. Stratton's cell phone #?**

> Juliana Stratton   JS   >

**Thank you**

**Don't forget your cubs/cardinals tickets**

      Send

●●○○○ AT&T 📶                    EXHIBIT C                    @ 88% ▬

‹ **Messages (1)**          **Kevin**                    **Details**

> I'm going to stop in tomorrow morning

> I'll bring my paperwork with me too

> I would never forget about the cardinals

**If you have a passport bring that in tomorrow for the employment eligibility form**

> Will do

**Thank you**

**Thu, Sep 22, 22:29**

**Huge series for the cardinals this weekend. Tied for the wildcard!**

> I know! I'm excited

**Hopefully the cards are up for the task**

                                        Send

EXHIBIT C

●●○○○ AT&T 📶 ⬤ 22:13 ⬤ @ 88% 🔋

**< Messages (1)**     **Kevin**     **Details**

> I certainly hope so, it'll make things more exciting for me

**Cubs have an incentive to win to knock the cards out of playoffs. I would not want to play the cards in playoffs.**

> They should never be underestimated, that's for sure

**Agreed.**

**Good luck cards**

Fri, Sep 23, 13:27

**I forgot to ask if you will be canvassing for marwig tomorrow?**

Fri, Sep 23, 16:07

> I can't tomorrow. I'm going to try my best to walk with her tomorrow night. I told Marty today that I will commit 25-30 w

Send

●●○○○ AT&T 🔆 ●
22:13
● @ 88% ▮▮▮

EXHIBIT C

‹ Messages (1)   **Kevin**   Details

I can't tomorrow. I'm going to try my best to walk with her tomorrow night. I told Marty today that I will commit 25-30 hours a week for the remainder of the election

**Great.  Thank you.**

**Fri, Sep 23, 21:52**

**Tough game for cards today**

I think we'll only win on Sunday

**That's no good. Need to win 2 of 3**

**Sat, Sep 24, 21:39**

**Cards kicked ass today. Of the 17 games played against the cubs this year cards won 8.**

About half, not bad

Hopefully they pull it off tomorrow

     **Send**

●●○○○ AT&T 🛜

EXHIBIT C         ⊕ 88% 🔋

< **Messages (1)**     Kevin         Details

It's really good. Cubs absolutely do not want to play them in the playoffs

I agree

They always do well in the playoffs

True that. Great coach

So Alaina, do you still have an interest in me taking you out?

If not, I completely understand.

I think we should maintain a professional relationship

Will do. Can I ask why?

Can you please give a response

Sun, Sep 25, 09:27

I respect your decision.

                 Send

●●○○○ AT&T 🛜 ⬤　　22:13　　⬤ @ 88% 🔋

EXHIBIT C

‹ **Messages (1)**　　**Kevin**　　　　**Details**

Sorry I fell asleep last night

No problem.

**Sun, Sep 25, 19:27**

How are Madigan's seats?

I asked about the seats because
they are new and I have not sat
in them. Thanks.

They're great

I hope you have a great time

**Monday 10:31**

Can you canvass for cloonen a
day this week?

**Monday 12:28**

I'm trying to find a way to, but
it's not looking likely. I am
walking with Marwig 3 nights
this week and the other 2 nights

 **Send**

EXHIBIT C

●●○○○ AT&T 📶     22:13     @ 88% 🔋

< **Messages (1)**    **Kevin**      **Details**

> I'm trying to find a way to, but it's not looking likely. I am walking with Marwig 3 nights this week and the other 2 nights I have to work late

**Monday 13:34**

Alright, let me know if it changes.  Thanks.

**Wednesday 16:36**

Call me when your able

I am sorry if I confused you. So for this week you will just canvass for marwig.  Next weeks schedule  will be determined on saturday and will keep you posted. Thanks.

> No problem, I'm flexible

Thank you

**Wednesday 23:24**

                 **Send**

EXHIBIT C

●●○○○ AT&T 🛜 🔴      **22:13**      🔴 @ **88%** ▬▬▮

❮ **Messages (1)**     **Kevin**         **Details**

**How was the response tonight?**

**Thursday 11:45**

> Didn't get a lot of walking in because it was storming but Tuesday was great. I made about 35 contacts. It's tough turf though. Very anti MJM

**41st ward? With moe?**

> Yes

> I was lucky, I saw multiple people in multiple households, which is why I was able to see so many people

**That precinct is a must win for Mcauliffe. Do you think we have a chance at winning it?**

> It's hard to say. Moe and I both had more pluses than minuses and undecideds but people are really believing that merry is tied



| Send

EXHIBIT C

●●○○○ AT&T 📶  2:13  @ 88% 🔋

‹ **Messages (1)**     **Kevin**          **Details**

It's hard to say. Moe and I both had more pluses than minuses and undecideds but people are really believing that merry is tied to the speaker

Many of them will say that we can't convince them otherwise. I think it'll be close

**Are those people republicans that believe this?**

No, there a several strong democrats saying it too

**Interesting. Do you have any idea what these people may do for a living?**

I can't be sure but they don't seem like police and firemen

In the precinct that Moe and I walked on Tuesday

📷                          **Send**

●●○○○ AT&T 🛜     EXHIBIT C     ⓒ 88% 🔋

**‹ Messages (1)**     **Kevin**     **Details**

So probably white professional folks.
Are they well informed or believe they are well informed?

Yes

Makes sense.   Well those voters are going to have to choose between an nra republican who is against abortion or the Democrat Merry who is backed by the Speaker. We will see how smart these people are

**Thursday 22:37**

Thank you very much

No problem

I appreciate your insight. It seems that the more educated a Democrat is, the more reluctant they are to support merry. You agree?





Send

●●○○○ AT&T 🛜  EXHIBIT C  @ 88% 🔋

‹ Messages (1)    **Kevin**    **Details**

I do agree

**If we educate these dems on Mcauliffes poor voting record maybe will have a chance?**

**Alaina, you should know that your an unbelievable person. Your kind, sweet, understanding, patient, smart, articulate and much more. My good friend, Jason Wallace, took his life last week. Although you don't know how, you have helped me very much in dealing with this. I thank you and appreciate it. KQ**

**Friday 09:01**

I'm sorry to hear about that. Thank you for what you said, it must be extra difficult to go through that during campaign season. I hope you're doing ok. And I'm happy to help.

Friday 10:09

    **Send**

●●ooo AT&T 🛜          EXHIBIT C          🔋 88% 📶

< Messages (1)          Kevin          Details

**Friday 10:08**

Thanks again

**Friday 16:28**

I hope you a good day

**Friday 17:40**

Thanks, you too

**Friday 22:02**

Your red birds are winning tonight and 1 game back from the giants for the wild card.

**Yesterday 23:20**

Alaina, can I please ask your opinion on something?

I just called. I hope your okay

**Today 15:24**

I want to apologize for contacting you.

          **Send**

●●○○○ AT&T     22:14     @ 88% ▮

EXHIBIT C

‹ **Messages (1)**     **Kevin**        **Details**

Today 15:24

I want to apologize for contacting you.
For now on, I will only contact you regarding campaign items. Sound good?

Today 17:33

Yes, thank you

Again, I am sorry.

Today 19:01

One last thing, I sincerely meant what I said about you and you helped me a great deal.

Today 20:28

I know

Do you know what day I am going to Kankakee this week? If I'm going

                    **Send**

●●○○○ AT&T 🔋 EX...... C 🔋 88% 🔋

**‹ Messages (1)** **Kevin** **Details**

Hanks. That means alot to me.

Not sure. What days can you canvass this week.

Monday, Tuesday, Wednesday, Saturday. I think Marty wants me with marwig most days

Yes he does. What time can you get to marwig?

It depends, I'm never really sure, I try to get there by 5 but it's pretty far from Chicago Heights and traffic can get bad

5 usually

Kankakee works best for me on Wednesdays

What time can u get to kankakee on wed?

Probably 3:30, maybe sooner



**Send**

●●○○○ AT&T 📶　　　EXHIBIT C　　　@ 87% ▊

‹ Messages (1)　　**Kevin**　　　Details

Okay. Why kankakee  so bad?

I don't care to go there, I'm only asking because you've asked me to go

Why do you not like me again?

I'm not sure what you're talking about

U will not even permit me to buy you a beer.

When you first asked, you phrased it in a way that pertained to work, I thought it was professional. I work closely with Marty often for political things, so I'm sure you can see why I would only want to have a professional relationship with you or anyone at the ward office

Why just a professional relationship?



Send

●○○○○ AT&T 🛜 22:19 @ 86% 🔋

‹ Messages     **Kevin**     Details

EXHIBIT C

**Why do you not like me again?**

I'm not sure what you're talking about

**U will not even permit me to buy you a beer.**

When you first asked, you phrased it in a way that pertained to work, I thought it was professional. I work closely with Marty often for political things, so I'm sure you can see why I would only want to have a professional relationship with you or anyone at the ward office

**Why just a professional relationship?**

**No I cant. Sorry**

**U have total misinformation about the ward office**



Send

●●○○○ AT&T 📶

**EXHIBIT C**

🔋 84%

**‹ Messages**  **Kevin**  **Details**

Why just a professional relationship?

No I cant. Sorry

U have total misinformation about the ward office

I'm not sure what that means

The ward office and it's existing is based on results only.

Not who u hang out with, who u r friends with, who u fate.

Date

I understand that but I won't mix my professional life with my personal life.

Understood. If I were not involved with the ward would u grab a drink with me.

  **Send**

EXHIBIT C

  

  

**Kevin**

R u up?

> I have always seen you in a supervisor role. I don't see you in that way.

What's does that mean ?

U really do not know me.

I will not brag or flaunt.  But I am the best dude you will meet.

No bullshit

 R u hitting the hay?

**Mon, Oct 3, 10:00**

We are going to have you walk in marwig this week. What's the earliest you can get there Wednesday?

   







**Kevin**

4:30 or 5

**Any other day during the week you can get there at 1 or 2?**

No

**Okay. Check your mail a check was sent to you**

Thanks

Tue, Oct 4, 09:44

**Emailed you a contract for you to approve and sign**

I got it, thank you

I may be able to get to marwig between 1 and 2 tomorrow

**Good. Let me know. If you can canvass for 7 hours we can pay you**






EXHIBIT C

  

●●●●○ AT&T 🛜 09:18




KQ



**Kevin**

**Tue, Oct 4, 22:15**

How's the response for marwig?

Still the same

A lot of anti MJM

Are you working in Edison park ward 41?

If your busy, just let me know, we can talk another time.

Yes, Edison park

That's Mike Mcauliffes base. R u circulating the petition about him not debating?

Not anymore

He agreed to a debate

Good. She's going to tear him

   

●●●●○ AT&T 🛜  EXHIBIT C 🔲 ◐ $ 80% 🔋



**KQ**

Kevin



As always, i appreciate your help.  Have a good night.

**Thu, Oct 6, 19:06**

How was marwig yesterday?

It was fine, I walked with Merry all day

That's good. Do people recognize her when they come to the door?

Yes

Oh boy. That's a big problem for Mr. Mcauliffe.

**Thu, Oct 6, 21:59**

Do you agree?

**Sun, Oct 9, 00:09**

   

EXHIBIT C








**KQ**

**Kevin**

Sun, Oct 9, 00:09

I apologize. Not trying to big foot you . Just trying to do my job

I apologize. Your a hotb beautiful smart women. Sorry for

The interaction

Here is the reality. I like you very much in so many 0ways. I think about you all the time.

Please let me know if you do not feel the same.

Thanks

Sun, Oct 9, 11:48

I left you a voice message. Just making sure you got it. Thank you.






EXHIBIT C

●●●●○ AT&T 🤖 09:19  89% 🔋



KQ

**Kevin**

ⓘ

Mon, Oct 10, 08:46

I know you weren't trying to big foot me, I was only letting you know that I gave MQ a 6 week schedule of days that I will be walking on that campaign, so my schedule is set.

I need you to stop. I have dedicated a lot of time to this election cycle and I will continue to do so, but I need to be able to do my work without you contacting me like this. I'm not interested. I just want to do my work.

**I will not contact you anymore. And again, I am sorry for acting the way I did.**

Wed, Nov 9, 11:09

**Congratulations on a great election cycle.**

   

 EXHIBIT C 

●●●●○ AT&T 📶  09:19  🔋 89% 🔋

 1    

**KQ**

**Kevin**

> Thank you. Doesn't feel so great though

**I hear you. Very tough for marwig. Great candidate and did everything she was asked. Cloonen too. Outside of the city of chicago trump did really well.**

Wed, Nov 9, 14:59

> Is the ward office closed this Friday?

**Not sure yet**

Thu, Nov 10, 12:40

**I will be at ward from noon until 1 pm tomorrow if you need something**

> Julia asked me to pick up the plastic tables from Marwig office and bring them back to

      

EXHIBIT C

●●●●○ AT&T 🛜     **09:20**     ◐ 🌣 * **89%** ▬





**Kevin**

> Julia asked me to pick up the plastic tables from Marwig office and bring them back to the ward, however, I just won't have time to do it this weekend. I'll have to wait until next week

**No hurry. I do not believe those tables are the wards anyway.**

> Im taking most of them back to Sonya Harper but a couple of them are mine from the Stratton race. I just don't really have anywhere for them besides the ward office

**Will store then in the annex**

**Bring the tables whenever you can. We will store them in the room next store.**

> Thanks

   

EXHIBIT C

  

**Kevin**

> Marty put me on a leave of absence from work the last 2 weeks. I'm supposed to get my paycheck from the party those 2 weeks. Do you know if that'll be mailed to me?

**Let me inquire**

> Thanks. It's not a huge rush, I'd just like it before I leave for Egypt on the 23rd

**A check was sent out today.**

> Awesome, thank you

**Sat, Nov 12, 20:00**

**Can u even believe that don trump is going to be president of the United states of America?!!!!!**

**Sat, Nov 12, 22:15**

   

EXHIBIT C

●●●●○ AT&T 🌐     09:20     Ⓑ ⏰ ✳ 88% 🔋



**Kevin**

Sat, Nov 12, 22:15

No I can't

Sun, Nov 13, 19:03

Did you say you are vacationing in Egypt?

Yes I'm leaving on the 23rd

That's great. What made you choose Egypt?

I typically just pick at random. I wanted to go to Turkey but i didn't have a chance to talk to MJM about it before I booked a flight so I just chose Egypt

Wise choice about turkey. Not safe. Do you travel by yourself ?

Yes, always

  EXHIBIT C 

  

**Kevin**

Yes, always

Cool. I would love to travel with you.

Or just grab a beer.

This is my last go. If no for a beer okay.

If maybe sometime to get a drink. Fantastic. It can be whenever.

> I can't. I'm not interested. It would be very uncomfortable given my working relationship with MQ and the ward office.

So you do not find me attractive?

> I do not see you in that way

Too old

   

  

●●●●○ AT&T 📶

EX 0920 C 📷 💬 ⚫ 🔵 88% 🔋

  

**Kevin**

Too old. I understand.  Well you ever change  your mind let me know

Did u get that

**Mon, Nov 14,** 11:39

Thank you for dealing with my persistence.  You definitely deserve the best.


Thank you

Let me know if you have a change of heart

Ok

**Wed, Nov 16,** 10:01

Did you receive the paycheck?

I have not

Call me when your able

   

 ●●●●○ AT&T 📶     EXHIBIT C     08:21     @ ⏰ ✳ ❋ 88% ▬

 ❮ ①               ⓘ

**KQ**

**Kevin**

## Call me when your able

**Wed, Nov 16, 13:55**

> I won't be able to call while at work. I got the form, I will have to print it at the ward this week. You said the check was mailed already?

> Never mind

**Check not mailed. Emily had no idea you were on leave. When I talked to her friday she thought she mailed a check of yours but was wrong.**

**Sorry for the confusion. 217.546.7404 is emily's number. Emily said that as soon as she gets your paperwork she will do a special payroll so you can get your check**

           

●●●●○ AT&T 🛜     EXHIBIT C     ⏰ 🔊 ❊ 88% 🔋

KQ

**Kevin**

Ok, thank you

**Thu, Nov 17, 16:15**

Can you check to see if breaker press dropped something off for me at the ward office today?

**Negative. I can call Richie to get a status of the delivery?**

Would you? I've been waiting on it for quite some time and they said they'd drop it today

**It's in your name?**



Yeah

For Chicago heights

**Rich is checking on it. Did you tell him that you are affliated with the ward office?**

   

EXHIBIT C







**Kevin**

He knows

That's why they're dropping at the ward office. Marty has the check for it

**Thu, Nov 17, 19:58**

**Rich has not gotten back to me. When he does whether it's tonight or tomorrow what is your request of him.**

I just want to know when my stuff will be delivered to the ward office

They told me it would be there today

**Will do. Who told you it was delivered today?**

Michael emailed me yesterday and said someone would drop it off today








I sent Mike a note as well. This is completely unacceptable for these guys.

**Fri, Nov 18, 08:35**

It has been bizarre but I know they've been busy with campaign stuff. Let me know if it gets dropped there today

I just spoke with rich he said that the delivery will be here in 1 hour.

Awesome, thank you

**Sat, Nov 19, 20:35**

If you choose to use breaker press again, include me on the early email exchanges if you want.






●●●●○ AT&T 🤍 ⬤     09:21     ⬤ ✳ 88% ▬

EXHIBIT C





**Kevin**

I appreciate it. It really was a bizarre encounter but not a big deal

Any time

Sat, Nov 19, 23:27

If I don't talk with you, have a safe and enjoyable trip.

Sun, Nov 20, 19:50

Have a good trip.

Sun, Nov 20, 21:03

Thank you

Sun, Dec 4, 19:36

Are you back from your journey?

Sun, Dec 4, 21:31

Yes






 AT&T

EXHIBIT C

88% 

1

KQ

Kevin

Great. I hope you enjoyed your trip.

**Wed, Dec 7, 17:50**

I'm going to send rich from breaker an email to order something, can I cc you on the email?

**iMessage**
**Sat, Dec 17, 23:56**

Sorry to bother. Can I please ask you a question?

Sure

Thx. Have you told anyone that I asked you out numerous times?

?

Yes a non-organization friend

   



**Kevin**

Why?

**Nobody else**

Why are you adamant in asking?

**Because you speak to certain people in the office. Right?**

I call Rose to talk about my trips abroad but nothing else

**And sue?**

Same but I have only talked to her about traveling. All of them I only talk to about traveling

**That's good. You can tell them that I asked you out if u want.**

I won't

EXHIBIT C

●●●●○ AT&T 📶      09:22      @ ⏰ ✳ 88% 🔋



**KQ**

**Kevin**



**Sun, Dec 18, 11:51**

Ok. Should I withdraw my request?

What are you talking about?

To take you out for a drink. It's not going to happen. Right?

Correct

And would be different if I was not affiliated with the 13 ward

**Sun, Dec 18, 15:39**

Said differently, if I didn't know you and you didn't know me and I bumped into you at a Starbucks and began to talk and I asked you out. You would say no?

**Sun, Dec 18, 22:47**

Sorry to once again bother you

   

  

EXHIBIT C





Kevin

**Sun, Dec 18, 22:47**

Sorry to once again bother you. I just wanted to know if you can answer my previous question. Thanks.

**Mon, Dec 19, 09:26**

I have no idea

Your too funny. Perhaps I have myself overrated

**Mon, Dec 19, 16:24**

Where just at the ward office?

Yes Marty called me in

I thought I heard your voice

Congrats on the merit pay. You did good work for this season

**Tue, Dec 20, 08:29**

   

●●●●○ AT&T 📶   EXHIBIT C   09:22   ⓔ ⏰ ✳ 87% 🔋

◀ 1   **KQ**   ⓘ

**Kevin**

**Tue, Dec 20, 08:29**

Thank you

**Thu, Dec 29, 13:51**

Hey I'm going to ask rich for a quote on something I need printed. Can I cc on the email?

**Yes**

Thanks

**Thu, Dec 29, 16:48**

**Not sure what your time frame is on the item sent to Rich but there is a good chance he is probably out until next week**

**Thu, Dec 29, 17:50**

No rush

I just want a quote on price

**Okay**

   

 AT&T  EXHIBIT C  



**KQ**

**Kevin**

Fri, Dec 30, 23:21

**Do you hear anything from Breaker?**

Not yet but it's really not a big rush. A local Chicago Heights printing company price quoted me pretty high so I just want to see what rich can offer

**Ok. If richs quote doesn't add up then you can try union signs**

**Or not**

Sat, Dec 31, 12:05

Sorry was working last night

But thank you

Sat, Dec 31, 15 50

**Very good. Have a good new year**

Sun, Jan 1, 22:13

   

 

●●●●○ AT&T 🛜     EXHIBIT C     09:23     🔵 ⏰ ✳ 87% ▬

  

**Kevin**

**Sun, Jan 1, 22:13**

**Happy new year to you. I am excited to start the year like u said, professionally. Thank you**

**Mon, Jan 2, 01:13**

> Have a good new year!

**Wed, Jan 4, 11:37**

**Did Breaker press get you a quote?**

> Yeah. Thanks for checking. I have to talk the price over with jack

**Good**

**Wed, Jan 4, 15:16**

**Username: kevinquinn, password : knights79, code: 2342. Let me know if doesn't work**

   

●●●●○ AT&T 🛜  EXHIBIT C  🔒 ⏱ ⚡ ✳ 87% 🔋



**Kevin**

it worked, thank you

**Sure. Everyone is locked out of vb. So you can use mine if need be**

Thank you very much

Wed, Jan 4, 22:07

**Are you and I ok?**

Yes, why?

**You have been complimentary**

I suppose that's true.

**Why**

I like to think I'm polite



   

●●●●○ AT&T 🛜  EX99B24 C 🔋 87% 🔋



**KQ**

**Kevin**

**Thu, Jan 5, 12:46**

Question for you, Back in sept. I told you I was having issues with my marriage. Which is true. Did you share this info with anyone?

No

Thank you

You're welcome

**Sat, Jan 7, 17:26**

Why is it your desire to work on the governors race?

**Sat, Jan 7, 19:22**

Because it will be an important race to the Speaker. I want a new challenge, and I think I'm qualified to do it.

So what happens if you work







●●●●○ AT&T 📶     EXHIBIT C     87%

**KQ**

**Kevin**

So what happens if you work for the dem candidate and they win but the Speaker loses the speakership because he loses x amount of seats

That won't happen

We don't take chances

**Sun, Jan 8, 18:01**

U disagree with my assessment?

I don't think the Speakers speakership is dependent on whether or not I work on a state house race or the governors race. He is a powerful, intelligent man with a large staff and a very supportive network.

Regardless, it is something I will talk to MQ about and the






 

●●●●○ AT&T 📶  EX**958**24 C  📷 🔋 ❋ 87% 🔋

  

**KQ**

Kevin

> Regardless, it is something I will talk to MQ about and the Speaker if he would like and we will make the best decision.

> They have both always pushed me to be great. I don't think it's unrealistic to bring it up.

**Yes it does matter. You should be so defensive as we are both on the same team**

> Yes we are. That's why I don't understand why you would ask me a question like that.

> I have been nothing but a loyal, hard worker for the speaker. I don't do anything that's not in the way interest of the organization. Me asking for a new challenge is not unfair.

> This is not something I wish to

   

 •●●●○ AT&T 🛜 EXPHBIT 🄲 🄲 🄲 ⚡ ✳ 87% 🔋



**KQ**

Kevin

> This is not something I wish to talk about. It is very frustrating.

I am trying to give you some insight as to how the thought process is

> I understand the thought process very much

Great. I promise I will not tell Marty or anyone that we talked about this. I wish you the best of luck.

So your no response means what?

Mon, Jan 9, 14:34

I apologize. My comments were not to deter you from wanting to continue to do well or to say that you are not talented or capable. Because you are.

   





**Kevin**

> I know that. My intention is not to be disloyal to the Speaker, and that's how your comment made me feel. I take my commitment to the organization very seriously and appreciate my relationship very much.

**I know. Thank you.**

Sat, Jan 14, 19:21

**MQ said you were going to the inauguration. Did you make it?**

> I did go

**Great. I hope Stratton thanked you for your efforts**

> Always. We still talk regularly

**Good. You should have gone to the Speakers event at saputos**

   

 

●●●●○ AT&T 📶  EXHIBIT C 🔵 🔵 ✴ 87% 🔋

 **1** KQ ⓘ

**Kevin**

> I didn't know about it. I spent the remainder of the day with my mom and dad

**Good stuff**

**How far do your parents live from the capitol**

> 15-20 minutes

**That's close. So did high school at sacred heart?**

> No I'm from a small town outside of the city

**So you were homeschooled?**

> No I went to a small high school

> In a small town

**I know. I am sorry. Just joking**

   



**KQ**

**Kevin**

I know. I am sorry. Just joking with u

> Never know, chicagoans tend to not be able to comprehend the rest of the state

Very true. I am cotton headed nitty muggins

A

Have a good night

Sun, Jan 15, 19:23

Well I do look forward to working with you the next 2 years.

Tue, Jan 17, 21:39

I realize that your not interested in my texts that are supportive of you. I am sorry and will discontinue

   





**Kevin**



and will discontinue

I know my texts are annoying and not timed well

I just want you to do well

Saturday 15:21

Please call me when you get a chance

> I'm at work all night. Can you email me?

**Delivered**

Real simple. If you have an issue with me , I hope you would it take it up with me directly.

Saturday 22:17

Did you receive my text?

Yesterday 18:28

   



**Kevin**

I know my texts are annoying and not timed well

I just want you to do well

Saturday 15:21

Please call me when you get a chance

I'm at work all night. Can you email me?

Delivered

Real simple. If you have an issue with me , I hope you would it take it up with me directly.

Saturday 22:17

Did you receive my text?

Yesterday 18:28

So, this is something you dont want to talk about?

   

# Exhibit D

# EXHIBIT D



## EXHIBIT D



**.ıll AT&T 🤏**     **15:59**     @ 🕐 ✳ 90% ▬▭

<     **Chicago – University Village**     **Edit**
October 31, 2017  15:43

 LIVE

I need you to know the truth about why
I left the 13th ward.

In August your Kevin began sending me
inappropriate text messages. On several
occasions in the span of nearly 6 months,
I told him to stop and that I was only
interested in having a professional relationship.
Since I took helping with the election,
I had no choice but to communicate with
him to fulfill my role. I was scared that
he would tell Ms or you that I was not
cooperating if I stopped responding to him.
In February 2017, I told him — the hardest
thing I ever did in my life. He still expected
me to work with the ward, but I was too
scared. I apologize for what seemed like
an act of betrayal. I had to protect myself

I do not want to hurt any of you — I care
very deeply about people involved. I only
needed to tell you because it has been very
painful to experience alone

# Exhibit E

**EXHIBIT E**

---

 AT&T  LTE        **16:10**        ⏰ 🎧 53% 🔋

<



**Heather**

ⓘ

**iMessage**
**Wed, Nov 15,** 12:06

Can we meet at the <u>Starbucks</u>
at 30 N LaSalle?

yes, that works for me

145 work?

yep, I will see you then

**Wed, Nov 15,** 13:41

It's pretty crowded in here.
Let's find somewhere else.
How about Potbelly across the
street?

Or you have another

EXHIBIT E

Or you have another suggestion?

That's fine with me, I should be there in 5 minutes

  iMessage 

      

●●●● AT&T  LTE　　　16:10　　　⏰ 🎧 53% 🔋

<　　　HW　　　ⓘ

Heather

Let's do Peets Coffee on Madison

I'm sorry....I meant Au Bon Pain next to Peet's. Madison and Wells

Got it, see you shortly

Tue, Dec 12, 14:58

Hi there- since Ken Dunkin filed to run for Juliana's seat, I would like to email Marty to offer help

EXHIBIT E

if he wants it. Do you think that would be ok?

Can I give you a call tomorrow to discuss? I was going to reach out to you to follow up on our prior conversation.

Yes, that is fine. Thanks!

  iMessage 

      



.ıll AT&T LTE 16:10 53%

1

HW



Heather

Hi there– since Ken Dunkin filed to run for Juliana's seat, I would like to email Marty to offer help if he wants it. Do you think that would be ok?

Can I give you a call tomorrow to discuss? I was going to reach out to you to follow up on

EXHIBIT E

our prior conversation.

Yes, that is fine. Thanks!

Mon, Jan 15, 10:22

Hey can we touch base?

Yes so sorry we didn't. I'm in a mtg downtown today- can we talk around 130-2?

Yes, that's fine

Delivered

  iMessage 

