# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Alaina Hampton

                      Plaintiff,

v.                                                   Case No.: 1:18–cv–02069

                                                              Honorable Sara L. Ellis

Democratic Party of Illinois, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 21, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: The Court strikes the status date set for 5/22/18 and resets it to 6/13/18 at 9:30 AM with any motions to dismiss noticed for that date. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.