# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Alaina Hampton

                               Plaintiff,

v.                                                                       Case No.: 1:18−cv−02069
                                                                             Honorable Sara L. Ellis

Democratic Party of Illinois, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 13, 2018:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 6/13/2018. Briefing schedule on motion to dismiss [25]: Plaintiff's response is due by 7/11/2018; Defendant's reply is due by 7/25/2018. Discovery schedule: MIDP are due by 7/15/2018; written discovery to issue after 8/6/2018; final supplementation of MIDP is due 1/8/2019; fact discovery closes on 2/1/2019. Status hearing set for 10/31/2018 at 9:30 AM for ruling on motion to dismiss. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.