## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Alaina Hampton

                              Plaintiff,

v.                                                         Case No.: 1:18–cv–02069
                                                           Honorable Sara L. Ellis

Democratic Party of Illinois, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 31, 2018:

        MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on
10/31/2018. Status hearing set for 1/16/2019 at 9:30 AM to report on discovery and
settlement and reset discovery dates if necessary. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.