IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Alaina Hampton, ) | |
| ) | Case No. 18-cv-2069 |
| Plaintiff, ) | |
| ) | Judge Sara L. Ellis |
| v. ) | |
| ) | |
| Democratic Party of Illinois, Friends of Michael ) | |
| J. Madigan, Democratic Majority and 13th Ward ) | |
| Democratic Organization ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR LEAVE TO WITHDRAW

Attorney Sunghee W. Sohn moves for leave to withdraw her appearance as counsel of record for Defendants, DEMOCRATIC PARTY OF ILLINOIS, FRIENDS OF MICHAEL J. MADIGAN, DEMOCRATIC MAJORITY AND 13TH WARD DEMOCRATIC ORGANIZATION, *instanter* as she will no longer be with the law firm of Hinshaw & Culbertson LLP as of November 9, 2018. Other Hinshaw & Culbertson LLP attorneys have filed appearances on behalf of Defendants, and those attorneys will continue to serve as counsel for Defendants in this matter.

WHEREFORE, Defendants, Democratic Party of Illinois, Friends of Michael J. Madigan, Democratic Majority and 13th Ward Democratic Organization, respectfully request that Attorney Sunghee Sohn be granted to leave to withdraw her appearance, *instanter*.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/ *Sunghee W. Sohn*
Sunghee W. Sohn

Aimee E. Delaney
James M. Lydon

302757851v1 1007667

Leigh C. Bonsall
Sunghee W. Sohn
Hinshaw & Culbertson LLP
151 North Franklin Street
Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
adelaney@hinshawlaw.com
jlydon@hinshawlaw.com
lbonsall@hinshawlaw.com
ssohn@hinshawlaw.com

## CERTIFICATE OF SERVICE (ECF)

      I, the undersigned attorney, state that I filed the above and foregoing **Motion for Leave to Withdraw** via the United States District Court for the Northern District of Illinois' electronic filing system (ECF) on November 6, 2018 to be served on all counsel of record.

*/s/ Sunghee W. Sohn*
Sunghee W. Sohn