**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Alaina Hampton

                                  Plaintiff,

v.                                               Case No.: 1:18–cv–02069
                                                        Honorable Sara L. Ellis

Democratic Party of Illinois, et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 7, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: Unopposed motion for extension of fact discovery [49] is granted. Fact discovery closes on 9/23/19. The date for final supplementation is 8/23/19. The Court strikes the status date set for 5/21/19 and resets it 9/17/19 at 9:30 a.m. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.