**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**STANDING ORDER**

This Standing Order applies to all civil cases reassigned to the calendar of District Judge Steven C. Seeger. All previously-set status or motion hearing dates are vacated. Any trials set for September 23, 2019 through October 31, 2019 are cancelled and will be re-set by the Court. Unless otherwise ordered, all other previously-set deadlines and schedules remain intact. The Court will set a date for a reassignment status conference after the parties have filed the joint status report. The Court will address already-pending motions at that conference.

**The parties are directed not to notice or re-notice any motions, with the exception of emergency motions, before appearing at the reassignment status conference.** All emergency motions arising before September 30, 2019 should be noticed before the emergency judge. For all emergency motions arising after September 30, 2019, but before the date of the reassignment conference, the parties are directed to contact chambers at (312) 435-5588. Emergency matters must be true emergencies, meaning that a delay in hearing them would cause serious and irreparable harm to one or more of the parties.

To help the Court learn about the case, counsel shall confer, prepare, and file a joint status report by October 1, 2019. If defense counsel has not yet filed an appearance, plaintiff's counsel should prepare the status report. The report shall contain the information requested in the Initial Status Report For Reassigned Case. A Word version of the Initial Status Report is available on Judge Seeger's website at www.ilnd.uscourts.gov. The parties must deliver two (2) copies of the Initial Status Report to the courtroom deputy's drop-box outside room 1728 by October 2, 2019.

Date: September 23, 2019           /s/ Steven C. Seeger

                                  Steven C. Seeger
                                  United States District Judge