THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALAINA HAMPTON, | ) | Case No. 18 C 2069 |
|     Plaintiff, | ) | |
| v. | ) | Judge Sara L. Ellis |
| | ) | |
| DPI, *et al*. | ) | |
|     Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Alaina Hampton, individually, and Defendants Democratic Party of Illinois, Friends of Michael J. Madigan, Democratic Majority, and 13th Ward Democratic Organization, hereby stipulate to dismissal of the claims asserted in the above-captioned action with prejudice, pursuant to a settlement agreement, with each side to bear its own fees and costs., except as provided in the settlement agreement.

Dated this 3rd day of December, 2019.

| ALAINA HAMPTON | DEMOCRATIC PARTY OF ILLINOIS, FRIENDS OF MICHAEL J. MADIGAN, DEMOCRATIC MAJORITY, and 13TH WARD DEMOCRATIC ORGANIZATION |
|---|---|
| By: | By: |
|     */s/Shelly B. Kulwin* |     */s/Aimee E. Delaney* |
| *One of her Attorneys* | *One of their Attorneys* |
| Shelly B. Kulwin | Aimee E. Delaney |
| Rachel A. Katz | James M. Lydon |
| KULWIN, MASCIOPINTO & KULWIN, LLP | HINSHAW & CULBERTSON LLP |
| 161 N. Clark Street, Suite 2500 | 151 N. Franklin Street, Suite 2500 |
| Chicago, Illinois 60601 | |
| 312.641.0300 (Tel.) | 312.704.3000 (Tel.) |
| skulwin@kmklawllp.com | adelaney@hinshawlaw.com |
| rkatz@kmklawllp.com | jlydon@hinshawlaw.com |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2019, I caused a true and correct copy of the foregoing Stipulation to Dismiss with Prejudice to be filed electronically using the Court's CM/ECF system, which will serve electronic copies of all counsel of record, identified in the Notices of Electronic Filing in this matter on this day.

Respectfully submitted,
KULWIN, MASCIOPINTO & KULWIN, LLP

By: _/s/Shelly B. Kulwin_
     Shelly B. Kulwin

Shelly B. Kulwin
Rachel A. Katz
KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, Illinois 60601
312.641.0300 (Tel.)/312.855.0350 (Fax)
skulwin@kmklawllp.com
rkatz@kmklawllp.com